**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 07-6476**

───────────

WILLIAM DRIVER,

Plaintiff - Appellant,

versus

BUREAU OF PRISONS; HARLY G. LAPIN, Director of
BOP; DOCTOR MOUBAREK, Clinical Director;
DOCTOR MORSHEAD, Chief Psychiatrist, in their
official capacity,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (1:06-cv-01904-WMN)

───────────

Submitted: June 15, 2007          Decided: July 11, 2007

───────────

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William Driver, Appellant Pro Se. Ariana Wright Arnold, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Driver appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Driver v. Bureau of Prisons, No. 1:06-cv-01904-WMN (D. Md. Feb. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED